**Exhibit A to the Complaint**

**Location:** Santa Clara, CA  
**Total Works Infringed:** 30

**IP Address:** 24.130.211.217  
**ISP:** Comcast Cable

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 4621BB4A0025EC53A878119567D5F952DB339CE7 | Blacked | 04/01/2018 04:30:49 | 05/25/2017 | 06/22/2017 | PA0002039290 |
| 2 | 0279F8114C90ECBC2C775793D7CD9105ED963856 | Blacked | 01/17/2018 02:41:54 | 01/15/2018 | 01/20/2018 | 16215970440 |
| 3 | 072943E9FF85CAC0497073948D256F424C37A602 | Blacked Raw | 02/07/2018 02:20:55 | 02/06/2018 | 02/07/2018 | 16288499072 |
| 4 | 0C38052DA135D91590C9D84E79AC21628D9E9BB6 | Tushy | 09/26/2017 02:38:48 | 09/23/2017 | 10/09/2017 | PA0002086134 |
| 5 | 21E262CE5356082B3CDE917564BE91B011CB1EF7 | Blacked Raw | 12/20/2017 02:31:27 | 12/18/2017 | 01/18/2018 | 16215823662 |
| 6 | 23C75D98A22B6821F255E85F2ED58CC5CEC8E2DD | Blacked | 09/28/2017 03:45:45 | 09/27/2017 | 10/10/2017 | PA0002057451 |
| 7 | 28F94F30A942C1A433243BEF5077E036528DDAF8 | Blacked Raw | 11/13/2017 02:10:59 | 11/08/2017 | 11/21/2017 | 16013185382 |
| 8 | 295ABE0B80E145DCCE5F7114F7C5B80F7D4398F0 | Blacked | 01/24/2018 00:52:06 | 01/20/2018 | 02/03/2018 | 16335134702 |
| 9 | 2B374AFA7E7946C7C1A276AC1541246A16050CAD | Blacked Raw | 01/16/2018 03:35:10 | 01/12/2018 | 01/20/2018 | 16215823770 |
| 10 | 2DB0092A8EED28CD52AA6DD3FB848B68C75B8F77 | Blacked | 01/27/2018 02:21:39 | 01/25/2018 | 02/03/2018 | 16331855819 |
| 11 | 2FE4248FF403CC4AC400EB970FBEF1FC8D8454F4 | Blacked | 02/11/2018 19:08:45 | 02/09/2018 | 02/16/2018 | 16331855770 |
| 12 | 3AF67ADE722E77AF5C23A9FB165F53CADB24E1AC | Blacked Raw | 12/01/2017 02:35:59 | 11/28/2017 | 12/17/2017 | 16159649278 |
| 13 | 3E4D1B5168D11A249867DAEBCF3B524396BF2FF4 | Blacked Raw | 03/26/2018 16:41:03 | 03/08/2018 | 03/15/2018 | 16490950909 |
| 14 | 43AF666D13FBC2B12953D257F6CA4935FC3CD7B5 | Blacked Raw | 01/09/2018 02:06:03 | 01/07/2018 | 01/18/2018 | 16215824015 |
| 15 | 43E0D25E70530A6C6837D3E3EBC16B958F2E24AC | Blacked Raw | 03/31/2018 04:13:07 | 03/28/2018 | 04/07/2018 | PA0002091513 |
| 16 | 47BF158F64C12785E111714AF9A6D0C692778D77 | Blacked | 10/03/2017 01:57:57 | 10/02/2017 | 10/10/2017 | PA0002086142 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 57D55CF2E1C375BBFAB76A1226219452189BF550 | Blacked Raw | 12/04/2017 02:54:46 | 12/03/2017 | 12/17/2017 | 16159429180 |
| 18 | 6671533EE8277923DF4254534389F8630C5BF901 | Blacked | 11/21/2017 02:50:17 | 11/16/2017 | 11/18/2017 | 16020392782 |
| 19 | 7B57FCC04E365EC8AFA37E1EEDD1AEC885BB92B3 | Blacked | 12/09/2017 00:04:41 | 12/06/2017 | 12/17/2017 | 16159688299 |
| 20 | 901129DA9629352ECBB99FF90FE06A5F749AF4DD | Blacked | 09/17/2017 15:49:23 | 09/12/2017 | 09/20/2017 | PA0002052846 |
| 21 | 9C80B087C925D30BA01F72FC0EAABD8EAADF588A | Blacked | 08/19/2017 02:30:59 | 08/18/2017 | 10/10/2017 | PA0002086146 |
| 22 | 9E401C6583C7B9748B062B00479A97B14E769848 | Blacked | 03/31/2018 04:29:07 | 07/29/2017 | 08/11/2017 | PA0002046872 |
| 23 | B7F9B4455C8C085B75BD0E4E23AA26317B2DE1FB | Vixen | 01/26/2018 03:08:35 | 01/24/2018 | 02/03/2018 | 16331855888 |
| 24 | BE3C7E08A25F7E1BAB1ADBA3B168C1BF40ABB688 | Blacked Raw | 12/30/2017 01:17:13 | 12/28/2017 | 01/18/2018 | 16215970231 |
| 25 | C5F97651D6D0ACCAF80962B6D247D3DB106817EF | Blacked | 04/01/2018 04:19:32 | 03/31/2018 | 04/07/2018 | PA0002091516 |
| 26 | CA0560D2CC3CE0546C8A38C8D7A55089AE430A8E | Blacked | 02/02/2018 02:15:04 | 01/30/2018 | 03/01/2018 | PA0002079186 |
| 27 | CD6294A1E374A9314470B69751116A79B32C1E56 | Blacked Raw | 11/20/2017 00:35:35 | 11/18/2017 | 01/02/2018 | PA0002068867 |
| 28 | D31CBC39E31EA20141EB847E24725F06CFC004AB | Blacked | 03/31/2018 04:15:30 | 04/05/2017 | 06/05/2017 | PA0002052859 |
| 29 | D629C1BE08933BB60DF199F6F24E3812EA2C6C73 | Blacked | 10/14/2017 14:58:37 | 10/12/2017 | 10/22/2017 | PA0002058296 |
| 30 | E4BB4B0185636612E25A2955F474B4494789F63C | Blacked | 10/08/2017 01:48:54 | 10/07/2017 | 10/22/2017 | PA0002058300 |