UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | Case Number: 3:18-cv-03083-JSC |
| Plaintiff, | Honorable Jacqueline Scott Corley |
| vs. | |
| JOHN DOE subscriber assigned IP address 24.130.211.217, | **[PROPOSED] ORDER ON PLAINTIFF'S *EX-PARTE* APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT AND FOR ADJOURNMENT OF THE INITIAL CASE MANAGEMENT CONFERENCE** |
| Defendant. | |

THIS CAUSE came before the Court upon Plaintiff's e*x-parte* application for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a summons and Complaint and adjourning the Initial Case Management Conference currently scheduled for August 23, 2018, and the Court being duly advised in the premises does hereby:

1

1

2   ORDER AND ADJUDGE: Plaintiff's application is granted. Plaintiff shall have until ~~November 3, 2018~~ October 1, 2018 to effectuate service of a summons and Complaint on Defendant and the

3   Initial Case Management Conference scheduled for August 23, 2018 is ~~adjourned sine die~~ continued to November 8, 2018.

4   SO ORDERED this __16__ day of ____August____, 2018.

5

6   By: _Jacqueline Scott Corley_
    United States Magistrate Judge
7   Honorable Jacqueline Scott Corley

2

[~~Proposed~~] Order on Plaintiff's *Ex-Parte* Application for Extension of Time Within Which to Effectuate Service and Adjournment of Case Management Conference
Case No. 3:18-cv-03083-JSC